UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
UNITED STATES OF AMERICA,

       - against -

JONATHAN RIENDEAU,

       Defendant.
------------------------------------X

**O R D E R**

18 Cr. 444-1 (NRB)

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

The Court hereby schedules the sentencing of Jonathan Riendeau for June 16, 2020 at 2:30 P.M. His sentencing submission is due on May 28, 2020, and the Government's sentencing submission is due on June 4, 2020.

Dated:    New York, New York
           February 27, 2020

NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE