LAW OFFICES
# DAVID WIKSTROM
950 THIRD AVENUE - 32ND FLOOR
NEW YORK, NEW YORK 10022

E-MAIL: DAVID@DAVIDWIKSTROM.COM
WWW.DAVIDWIKSTROM.COM

TELEPHONE: (212) 248-5511
FACSIMILE: (212) 248-2866

May 27, 2020

The Honorable Naomi Reice Buchwald
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

> Application granted.  The sentencing scheduled for June 16, 2020 is adjourned to June 23, 2020 at 11:00 a.m.
>
> *[signature]*
> NAOMI REICE BUCHWALD
> UNITED STATES DISTRICT JUDGE
>
> Dated: May 27, 2020

Re: <u>United States v. Jonathan Riendeau, *et al.*</u>
18 CR 444 (NRB)

Dear Judge Buchwald:

    I write to request a one-week adjournment of the scheduled sentencing date in this matter, from June 16, 2020 to June 23, 2020 at 11:00 a.m. The additional time is necessary to permit me to complete my sentencing submission, preparation of which has been delayed by my relocation and the closure of my office during the pandemic.

    Assistant United States Attorney Robert Sobelman consents to this application.

Respectfully submitted,

*[signature]*

David Wikstrom