```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x
                                   :
UNITED STATES OF AMERICA           :
                                   :   CONSENT PRELIMINARY ORDER
           - v. -                  :   OF FORFEITURE/
                                   :   MONEY JUDGMENT
JONATHAN RIENDEAU,                 :
                                   :   S1 18 Cr. 444 (NRB)
                   Defendant.      :
- - - - - - - - - - - - - - - - - x
```

WHEREAS, on or about January 31, 2019, JONATHAN RIENDEAU (the "defendant"), was charged in a six-count Superseding Information, S1 18 Cr. 444 (NRB) (the "Information"), with conspiracy to distribute controlled substance analogues, in violation of Title 18, United States Code, Section 846 (Count One); conspiracy to distribute controlled substances and controlled substance analogues, in violation of Title 21, United States Code, Section 846 (Counts Two and Three); importation of a controlled substance and controlled substance analogues, in violation of Title 21, United States Code, Section 952 (Counts Four and Five); and distribution of a controlled substance, in violation of Title 21, United States Code, Section 841(b)(1)(C) (Count Six);

WHEREAS, the Information included a forfeiture allegation as to Counts One through Six of the Information, seeking forfeiture to the United States, pursuant to Title 21, United States Code, Section 853, of any and all property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of the offenses charged in Counts One through Six of the

Information and any and all property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offenses charged in Counts One through Six of the Information, including but not limited to a sum of money in United States currency representing the amount of proceeds traceable to the commission of the offenses charged in Counts One through Six of the Information;

WHEREAS, on or about January 31, 2019, the defendant pled guilty to Counts One through Six of the Information, pursuant to a plea agreement with the Government, wherein the defendant admitted the forfeiture allegation with respect to Counts One through Six of the Information and agreed to forfeit, pursuant to Title 21, United States Code, Section 853, all property real or personal, constituting or derived from any proceeds the defendant obtained directly or indirectly as a result of the offenses charged in Counts One through Six of the Information, and any and all property used and intended to be used in any manner and part to commit and facilitate the commission of the offenses charged in Counts One through Six of the Information; and

WHEREAS, the defendant consents to the entry of a money judgment in the amount of $2,000,000 in United States currency representing the amount of proceeds traceable to the offenses

charged in Counts One through Three of the Information that the defendant personally obtained;

WHEREAS, the defendant admits that, as a result of acts and/or omissions of the defendant, the proceeds traceable to the offenses charged in Counts One through Three of the Information that the defendant personally obtained cannot be located upon the exercise of due diligence.

IT IS HEREBY STIPULATED AND AGREED, by and between the United States of America, by its attorney Geoffrey S. Berman, United States Attorney, Assistant United States Attorney, Robert B. Sobelman of counsel, and the defendant, and his counsel, David Wikstrom, Esq., that:

1. As a result of the offenses charged in Counts One through Three of the Information, to which the defendant pled guilty, a money judgment in the amount of $2,000,000 in United States currency (the "Money Judgment"), representing the amount of proceeds traceable to the offenses charged in Counts One through Three of the Information that the defendant personally obtained, shall be entered against the defendant.

2. Pursuant to Rule 32.2(b)(4) of the Federal Rules of Criminal Procedure, this Consent Preliminary Order of Forfeiture/Money Judgment is final as to the defendant, JONATHAN RIENDEAU, and shall be deemed part of the sentence of the

defendant, and shall be included in the judgment of conviction therewith.

3. All payments on the outstanding Money Judgment shall be made by postal money order, bank or certified check, made payable, in this instance, to United States Marshals Service, and delivered by mail to the United States Attorney's Office, Southern District of New York, Attn: Money Laundering and Transnational Criminal Enterprises Unit, One St. Andrew's Plaza, New York, New York 10007 and shall indicate the defendant's name and case number.

4. The United States Marshals Service, is authorized to deposit the payment on the Money Judgment in the Asset Forfeiture Fund, and the United States shall have clear title to such forfeited property.

5. Pursuant to Title 21, United States Code, Section 853(p), the United States is authorized to seek forfeiture of substitute assets of the defendant up to the uncollected amount of the Money Judgment.

6. Pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, the United States Attorney's Office is authorized to conduct any discovery needed to identify, locate or dispose of forfeitable property, including depositions, interrogatories, requests for production of documents and the issuance of subpoenas.

7. The Court shall retain jurisdiction to enforce this Consent Preliminary Order of Forfeiture/Money Judgment, and to amend it as necessary, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure.

8. The Clerk of the Court shall forward three certified copies of this Consent Preliminary Order of Forfeiture/Money Judgment to Assistant United States Attorney Alexander J. Wilson, Co-Chief of the Money Laundering and Transnational Criminal Enterprises Unit, United States Attorney's Office, One St. Andrew's Plaza, New York, New York 10007.

[THIS SPACE LEFT INTENTIONALLY BLANK]

9. The signature page of this Consent Preliminary Order of Forfeiture/Money Judgment may be executed in one or more counterparts, each of which will be deemed an original but all of which together will constitute one and the same instrument.

AGREED AND CONSENTED TO:

GEOFFREY S. BERMAN
United States Attorney for the
Southern District of New York

By: _____    6/23/2020
ROBERT B. SOBELMAN                      DATE
Assistant United States Attorney
One St. Andrew's Plaza
New York, NY 10007
(212)637-2616


JONATHAN RIENDEAU

By: _____    June 23, 2020
JONATHAN RIENDEAU                       DATE


By: _____    June 23, 2020
DAVID WIKSTROM, ESQ.                    DATE
Attorney for Defendant
Woolworth Building
233 Broadway, Suite 2208
New York, NY 10279


SO ORDERED:

_____         June 23, 2020
HONORABLE NAOMI REICE BUCHWALD          DATE
UNITED STATES DISTRICT JUDGE