Probation Form No. 35  
(1/92)

Report and Order Terminating Probation /  
Supervised Release  
Prior to Original Expiration Date

### UNITED STATES DISTRICT COURT
#### for the
### SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.   Docket No. 18 CR 444-01

Jonathan Riendeau

On June 23, 2020, the above named was placed on Supervised Release for a period of 48 Months. He has complied with the rules and regulations of Supervised Release and is no longer in need of supervision. It is accordingly recommended that Jonathan Riendeau be discharged from Supervised Release.

Respectfully submitted,

by _____  
Hillel Greene  
Supervisory U.S. Probation Officer

### ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from Supervised Release and that the proceedings in the case be terminated.

Date this   27   day of   October   , 20 23 .

_____  
Honorable Naomi Reice Buchwald  
Senior U.S. District Judge